UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-515 |
| | | Civil No. 10-134 (SDW) |
| v. | : | |
| | | Hon. Susan D. Wigenton |
| Anibelca Ramirez | : | |
| | | O R D E R |

This matter having come before the Court on the petition of Petitioner, Anibelca Ramirez, appearing pro se, for relief under Title 28, United States Code, Section 2255 which was filed on January 11, 2010; and the United States (Assistant U.S. Attorney Deborah J. Gannett, appearing), having requested an additional sixty (60) days from the date originally set by the Court to respond to this petition on May 25, 2010, within which to answer the Petition, and for good cause shown,

IT IS on this 8th day of July 2010,

ORDERED that the time for the United States to file an Answer to the petition for relief pursuant to Title 28, United States Code, Section 2255, shall be extended an sixty (60) days, and shall be filed no later than July 26, 2010

HON. SUSAN D. WIGENTON
United States District Judge